UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**William P. Isham,**</u>
       **Plaintiff**

V.

<u>**Perini Corp., et al.,**</u>
       **Defendant**

CIVIL ACTION

NO.  <u>08-11449-NMG</u>

<u>Order of Dismissal</u>
November 30, 2009

<u>  Gorton,  D. J.  </u>

In accordance with the parties Notice not to Replead and Stipulation of Dismissal with Prejudice,  it is hereby Ordered this case is  Dismissed with Prejudice.

**Approved,**

<u> /s/ Nathaniel M. Gorton,      </u>
**United States District Judge**

**By the Court,**

<u> /s/ Craig J. Nicewicz          </u>
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                                [odism.]